UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LINDSEY,<br><br>    Plaintiff,<br><br>  v.<br><br> MARTIN O'MALLEY<br>Commissioner of Social Security Administration,<br><br>    Defendant | CASE NO. 20-cv-06161-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF's MOTION FOR APPROVAL OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

The Court finds that the requested attorney's fees are reasonable and hereby orders the Social Security Administration to pay directly to Plaintiff's attorney, KATHERINE SIEGFRIED, the sum of $20,470.00 for attorney's fees pursuant to 42 U.S.C. § 406(b).

IT IS SO ORDERED.

**Dated:** September 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan van Keulen

**HONORABLE SUSAN VAN KEULEN**

**United States Magistrate Judge**